

Jean–Marc Zimmerman, Zimmerman, Levi & Korsinsky, LLP, Westfield, NJ, for Plaintiff–Appellant.

Julie P. Bookbinder, Greenberg, Traurig, LLP, New York, NY, for Defendant–Appellee.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**James L. BOUCHARD, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2011–3125.

United States Court of Appeals, Federal Circuit.

Aug. 25, 2011.

Beverly Bates, Bates & Baum, Atlanta, GA, for Petitioner.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Angel V. ANTES, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2011–3152.

United States Court of Appeals, Federal Circuit.

Aug. 25, 2011.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

918

for failure to prosecute in accordance with the rules.

**Reginald EDGERTON, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 2011–3175.**

United States Court of Appeals, Federal Circuit.

Aug. 25, 2011.

Reginald Edgerton, Lakewood, WA, for Petitioner.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, *for failure to prosecute in accordance with the rules.*

**William B. GROSECLOSE, Petitioner,**

v.

**DEPARTMENT OF the NAVY, Respondent.**

**No. 2011–3078.**

United States Court of Appeals, Federal Circuit.

Jan. 20, 2012.

